UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS, | No. 2:15-cv-1505 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY ROLFING, et al., | |
| Defendants. | |

This pro se prisoner civil rights action proceeds on Eighth Amendment medical indifference claims against defendants Rolfing, Garbutt, Medina, and Miranda. Defendants have answered the complaint. As this case has been identified as potentially appropriate for referral to the court's Alternative Dispute Resolution program, before issuing a pretrial scheduling order the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

////

1

1 | ADR Division
2 | Attention: Sujean Park
3 | U.S. District Court
4 | 501 I Street, Suite 4-200
5 | Sacramento, CA 95814
6 | Fax: (916) 491-3912
7 | Email: spark@caed.uscourts.gov

Dated:  February 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / park1505.sett

2