UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY ROLFING, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1505 KJM CKD P<br><br>ORDER APPOINTING COUNSEL |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted. Jeff D. Price has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for counsel (ECF No. 49) is granted.
2. Jeff D. Price is appointed as counsel in the above entitled matter. Counsel has prepared and sent an engagement letter regarding the provision of services, and his appointment as counsel shall be contingent on plaintiff executing the engagement letter and returning it to appointed counsel. Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory execution and return of an engagement letter to him.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

1

spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Jeff D. Price, Law Office of Jeff D. Price, 2500 Broadway, Suite 125, Santa Monica, CA 90404.

Dated: April 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE