UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS, | No. 2:15-cv-1505 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY ROLFING, et al., | |
| Defendants. | |

By order filed April 20, 2017, plaintiff's request for appointment of counsel was granted and Jeff D. Price was appointed as counsel for plaintiff. (ECF No. 53.) Mr. Price's appointment was contingent upon plaintiff executing an engagement letter and returning it to appointed counsel, at which time counsel was to file a notice with the court advising of the satisfactory execution and return of the engagement letter. (Id.) It has been over two months since the appointment order was issued and counsel has yet to notify the court that the engagement letter has been executed or that he has encountered difficulties in obtaining a signed engagement letter.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, counsel for plaintiff must file a notice with the court advising whether an engagement letter has

/////

/////

/////

1

been satisfactorily executed. If an engagement letter has not been executed, counsel must also explain the cause for delay.

Dated: June 27, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.counsel