UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROLFING, et al.,<br><br>Defendants. | No. 2:15-cv-1505 KJM CKD P<br><br><br><br>ORDER |

By order filed July 5, 2017, the parties were ordered to submit a joint status report and proposed scheduling order. (ECF No. 60.) Although the parties have filed a joint status report, they have not filed a proposed scheduling order. Moreover, the only deadline proposed by the status report is for initial disclosures. If the parties are unable to submit a single proposed scheduling order because they cannot agree on deadlines, they must file an amended joint status report that reflects each party's proposed deadlines. For any deadlines upon which the parties are unable to agree, each party must provide an explanation of their position on the appropriateness of their proposed deadline.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that, as set forth in this order, within seven days of the filing of this order, the parties must submit either a proposed scheduling order or an amended joint status report that includes their proposed deadlines and respective positions.

Dated: August 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.40.aty.amd