IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH WAYNE PARKS,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY ROLFING, et al.,**<br><br>Defendants. | 2:15-cv-1505-KJM-CKD (PC)<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER OR JOINT STATUS REPORT;** ~~PROPOSED~~ **ORDER**<br><br>Judge: The Honorable Carolyn K. Delaney<br><br>Action Filed: September 30, 2016 |

By Order dated August 17, 2017, the Court granted an extension of time to September 25, 2017, for the parties to submit a proposed scheduling order or joint status report. (ECF No. 64.) On September 12, 2017, counsel for the parties met and conferred, but through various communications up to the present, due to case matters pressing on counsel, they have been unable to arrive at a full schedule for the litigation in this case. As a result, the parties Stipulate to and request that the Court grant an Extension of Time, to and including October 2, 2017, to submit their proposed scheduling order or a joint status report.

/ / /

/ / /

1

SO STIPULATED.

Dated: September 25, 2017                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Vickie P. Whitney*

VICKIE P. WHITNEY
Deputy Attorney General
*Attorneys for Defendants Rohlfing, Garbutt, Medina, and Miranda*


JEFF DOMINIC PRICE, Esq.
2500 Broadway, Suite 125
Santa Monica, CA 90404

*/s/ Jeff Dominic Price*

JEFF DOMINIC PRICE
*Attorney for Plaintiff Kenneth Wayne Parks*

## [PROPOSED] ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated extension of time requested. The parties shall submit by October 2, 2017, their joint proposed schedule or a joint status report.

Dated: September 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.stip.eot

2

Stip. For Extension of Time to Submit Proposed Scheduling Order; ~~Proposed~~ Order (2:15-cv-1505-KJM-CKD (PC))