1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PAMELA J. HOLMES, State Bar No. 147360
   Supervising Deputy Attorney General
3  VICKIE P. WHITNEY, State Bar No. 145316
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7520
6    Fax:  (916) 322-8288
     E-mail:  Vickie.Whitney@doj.ca.gov
7  *Attorneys for Defendants
   Rohlfing, Garbutt, Medina, and Miranda*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH WAYNE PARKS,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY ROLFING, et al.,**<br><br>Defendants. | 2:15-cv-1505-KJM-CKD (PC)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Judge: The Honorable Carolyn K. Delaney<br><br>Action Filed: September 30, 2016 |

On January 19, 2018, Plaintiff filed a motion for leave to amend along with a proposed Fourth Amended Complaint. (ECF No. 71.) A Notice of Errata (ECF No. 73), and Corrected Notice of Motion and Motion (ECF No. 72), were filed on January 22, 2018. By Minute Order dated January 22, 2018, the Court determined that the motion would be submitted without oral argument, vacated the February 21, 2018 motion hearing, and ordered opposition and reply to conform to the provisions of Local Rule 230. (ECF No. 74.) Pursuant to Local Rule 230 (*l*), opposition to the motion is due February 9 under the original notice or February 12 under the corrected notice. Nonetheless, due to defense counsel's case matters, including preparation for and conduct of an evidentiary hearing on February 6, 2018, before Judge Morrison England in

1

*Allen v. Stott,* E.D. Case No. 2:13-cv-1821, as well as an injury suffered by defense counsel, the parties have stipulated to an extension of time such that Defendants' opposition to Plaintiff's motion to amend shall be due on February 23, 2018, and Plaintiff's reply, if any, shall be due seven days thereafter, unless an extension of time is requested by Plaintiff.

SO STIPULATED.

Dated: February 9, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAMELA J. HOLMES
Supervising Deputy Attorney General

*/s/ Vickie P. Whitney*

VICKIE P. WHITNEY
Deputy Attorney General
*Attorneys for Defendants
Rohlfing, Garbutt, Medina, and Miranda*

Dated: February 9, 2018

JEFF DOMINIC PRICE, Esq.

*/s/ Jeff Dominic Price*

JEFF DOMINIC PRICE
Deputy Attorney General
*Attorney for Plaintiff Kenneth Wayne Parks*

## [PROPOSED] ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated extension of time requested. Defendants' opposition to Plaintiff's Motion to Amend shall be due on or before February 23, 2018, and absent an extension of time, Plaintiff's reply shall be due on or before March 2, 2018.

Dated: February 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.stip.eot