Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH WAYNE PARKS, | No. 2:15-CV-01505-KJM-CKD (PC) |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND PERIOD TO FILE REPLY IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; DECLARATION OF JEFF DOMINIC PRICE; ~~PROPOSED~~ ORDER |
| vs. | |
| JEFFREY ROHLFING, et al., | |
| Defendant. | |

To: THE HONORABLE CAROLYN DELANEY, UNITED STATES MAGISTRATE JUDGE AND TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:

WHEREFORE the parties, though their counsel of record, have met and conferred and, for good cause, have agreed to stipulate to a 14-day extension of the time period for the filing of a reply in response to the Defendants' Opposition to Plaintiff's Motion for Leave to Amend Complaint.

IT IS STIPULATED that the period for Plaintiff to file a reply be extended 14 days from March 1, 2018, to March 15, 2018.

\\\
\\\
\\\
\\\

1 – STIP TO EXT PERIOD TO REPLY to OPPN

IT IS SO STIPULATED.

Dated: February 27, 2018     JEFF DOMINIC PRICE, Esq.

_____
Jeff Price
Attorney for Plaintiff

Dated: February 27, 2018     Xavier Becerra
Attorney General of California

_____
Peter A. Meshot
Supervising Deputy Attorney General
*Attorneys for Defendants J. Rolfing, M.D., D. Garbutt, B. Medina and R. Miranda*

I, Jeff Price, attest that I have authority from Peter A. Meshot, through email, to affix his signature to this document for filing.

_____
Jeff Price
Attorney for Plaintiff

### [PROPOSED] ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated extension of time requested. Plaintiff's reply shall be due on or before March 15, 2018.

Dated: 03/02/18

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.eot.stip

2 – STIP TO EXT PERIOD TO REPLY to OPPN