1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

| KENNETH WAYNE PARKS,      | No. 2:15-cv-01505-KJM-CKD (P) |
|---------------------------|-------------------------------|
| Plaintiff,                |                               |
| v.                        | ORDER                         |
| JEFFREY ROLFING, et al.,  |                               |
| Defendants.               |                               |

All parties in the above-captioned case have filed consent to proceed before a United States Magistrate Judge. *See* 28 U.S.C. § 636(a) and (c); ECF Nos. 4, 82 (consent forms filed by plaintiff and defendants Rolfing, Garbutt, Medina and Miranda). Under Local Rule 305, both the district court judge and the magistrate judge assigned to the case must approve the referral to the magistrate judge. E.D. Cal. R. 305(b).

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///
///
///
///

1

1       IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the
2 Honorable Carolyn K. Delaney. The parties shall please take note that all documents hereafter
3 filed with the Clerk of the Court shall bear case No. 2:15-cv-01505-CKD. All scheduled dates
4 presently set before Judge Mueller are hereby VACATED.
5       IT IS SO ORDERED.
6 DATED: April 19, 2018.

                        UNITED STATES DISTRICT JUDGE

10       Having also reviewed the file, I accept reference of this case for all further
11 proceedings and entry of final judgment.
12 Dated: April 24, 2018

                        CAROLYN K. DELANEY
                        UNITED STATES MAGISTRATE JUDGE