UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROHLFING, et al.,<br><br>Defendants. | No. 2:15-cv-1505 CKD P<br><br><br><br>ORDER |

By order filed May 9, 2018, the undersigned vacated the remaining deadlines set forth in the October 16, 2017 scheduling order and left them to be re-set after defendants answered the amended complaint. (ECF No. 88 at 11, 13.) Defendants have now answered the complaint (ECF Nos. 94, 96), the dispositive portions of the screening order have been adopted (ECF No. 101), and the case has been referred back to the undersigned for all purposes (ECF No. 102). Accordingly, pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26 and Local Rule 240, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, the parties shall confer and submit a joint status report and proposed scheduling order that briefly sets out their views on the following matters:

1. Anticipated motions and the scheduling thereof;
2. The deadline for initial disclosures. If any party objects to the appropriateness of initial disclosures, an explanation must be provided;

1

3. Anticipated discovery and the scheduling thereof;

4. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

5. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

6. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of her so acting, or whether they prefer to have a Settlement Conference before another judge;

7. Any other matters that may add to the just and expeditious disposition of this matter.

Dated: October 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.40.aty.2d