UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE PARKS,
    Plaintiff,

v.

JEFFREY ROHLFING, et al.,
    Defendants.

No. 2:15-cv-1505 CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Kenneth Wayne Parks, CDCR # P-06280, a necessary and material participant in a settlement conference in this case on September 27, 2019, is confined in Richard J. Donovan Correctional Facility (RJD), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean at the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, on Friday, September 27, 2019 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at RJD at (619) 671-7566.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 19, 2019

    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

13:park1505.841