UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS, | No. 2:15-cv-1505 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY ROHLFING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulated request to continue the hearing on defendants' motion for summary judgment to January 22, 2020. ECF No. 128. Good cause appearing, the request will be granted. However, in light of the currently scheduled pretrial conference and trial, further continuances are unlikely to be granted.

The court notes that plaintiff's counsel's declaration in support of the continuance states the he is still waiting for documents that plaintiff mistakenly sent to the court (ECF No. 128 at 3), and on November 12, 2019, the court received a letter from plaintiff requesting that documents he mistakenly sent to the court be forwarded to his attorney (ECF No. 126). The court received what appeared to be the documents referenced in the letter. However, those documents were not forwarded to counsel and were instead returned to plaintiff.

////

1

1 | Accordingly, IT IS HEREBY ORDERED that the December 4, 2019 hearing on
2 | defendants' motion for summary judgment is continued to January 22, 2020, at 10:00 a.m.
3 | Dated: November 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.continue