Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ROHLFING, et al.,<br><br>Defendant. | No. 2:15-CV-01505-KJM-CKD (PC)<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JEFF DOMINIC PRICE; [PROPOSED] ORDER |
|---|---|

To: THE HONORABLE CAROLYN DELANEY, UNITED STATES MAGISTRATE JUDGE AND TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:

WHEREFORE the parties, though their counsel of record, have met and conferred and, for good cause, have agreed to stipulate to a continuance of the hearing on Defendants' Motion for Summary Judgment from February 12, 2020, to February 19, 2020, because of logistical difficulties plaintiff is experiencing receiving documents from plaintiff, who is incarcerated in prison, as is described in the Declaration of Jeff Dominic Price, attached.

IT IS STIPULATED that the hearing on Defendants' Motion for Summary Judgment be continued from February 12, 2020, to February 19, 2020.

\\\

\\\

\\\

1 – STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

IT IS SO STIPULATED.

Dated: January 28, 2020   JEFF DOMINIC PRICE, Esq.

/s/ Jeff Dominic Price
_____
Jeff Dominic Price
Attorney for Plaintiff

Dated: January 28, 2020   Xavier Becerra
Attorney General of California

/s/ Amie McTavish
_____
Amie McTavish
Deputy Attorney General
*Attorneys for Defendants J. Rolfing, M.D., D. Garbutt, and R. Miranda*

I, Jeff Price, attest that I have authority from Amie McTavish, through email, to affix her signature to this document for filing.

/s/ Jeff Price
_____
Jeff Dominic Price
Attorney for Plaintiff

# [PROPOSED] ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court continues the hearing on the Defendants' Motion for Summary Judgment to February 19, 2020.

Dated:  January 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:park1505.eot.stip