UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROHLFING, et al.,<br><br>Defendants. | No. 2:15-cv-1505 KJM CKD P<br><br><br><br>ORDER TO SHOW CAUSE |

On March 3, 2021, the court directed plaintiff to file a pretrial statement by May 3, 2021. Plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within 14 days why sanctions should not issue. Failure to respond to this order will result in a recommendation that this that action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated: May 11, 2021

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
park1505.osc