UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROHLFING, et al.,<br><br>Defendants. | No. 2:15-cv-1505 KJM CKD P<br><br><br><br>ORDER |

On May 11, 2021, the court ordered that plaintiff show cause within 14 days why sanctions should not issue for failure to file a pretrial statement. Plaintiff has responded to the order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The order to show cause issued May 11, 2021 is discharged;

    2. Plaintiff shall file his pretrial statement by July 1, 2021; and

    3. Defendant Miranda shall file his pretrial statement by September 1, 2021.

Dated: May 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
park1505.dosc