UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY ROHLFING, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1505 KJM CKD<br><br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　　Plaintiff is a former California state prisoner proceeding with counsel in an action for violation of civil rights under 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Stanley A. Boone to conduct a settlement conference on April 22, 2022 at 10:00 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a **video** settlement conference, **via the Zoom videoconferencing application**, before Magistrate Judge Stanley A. Boone on **April 22, 2022, at 10:00 a.m.**[1]

2. A representative with full and unlimited authority to negotiate and enter into a binding

---

[1] In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court may issue an order at a later date requiring the parties to appear in person.

1

settlement shall attend **via the Zoom videoconferencing application**.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions.

4. Parties shall provide confidential settlement statements to the following email address: saborders@caed.uscourts.gov.  Settlement statements shall arrive no later than April 15, 2022.  Parties shall also file a <u>Notice of Submission of Confidential Settlement Statement</u> (See Local Rule 270(d)).  Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**.  Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

    f. <u>If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above,</u>

2

including case number(s) if applicable.

6. If a settlement is reached at any point prior to the scheduled settlement conference, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

7. The parties remain obligated to keep the Court informed of their current address at all times while this action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

8. **A failure to follow these procedures may result in the imposition of sanctions by the court.**

Dated: January 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3