UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY ROHLFING, et al.,<br><br>        Defendants. | No.  2:15-cv-01505-KJM-CKD (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On February 12, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **February 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1