```
Jeff Dominic Price  JDP PC  |  SBN 165534
730 Arizona Avenue, Suite 200
Santa Monica, California 90401
jdp@jdpfirm.com
Tel. 310.451.2222
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PARKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFREY ROHLFING et al.,<br><br>　　　　Defendant. | No. 2:15-CV-01505-KJM-CKD<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE. FRCP 41(a)(1)(A)(ii).<br><br>Date Filed:　07/13/2015<br>Trial:　　　　Not set |

　　The parties have settled this case in its entirety.

　　Plaintiff and the remaining defendant hereby stipulate to the dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court shall retain jurisdiction to effectuate the settlement.

IT IS SO STIPULATED.

DATED: February __26__, 2024,    JEFF DOMINIC PRICE  JDP PC
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　By   _____/s/ Jeff Dominic Price_____
　　　　　　　　　　　　　　　　　　　　Jeff Dominic Price, Esq.

DATED: February __26__, 2024,    ROB BONTA
　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　_____/s/_____Amie Bears_____
　　　　　　　　　　　　　　　　　Amie Bears, Esq.
　　　　　　　　　　　　　　　　　Attorneys for Defendant Rafael Miranda

I, Jeff Price, certify that I Amie Bears gave her permission to me to affix her signature to this document for filing. /s/ Jeff Price

ORDER

IT IS ORDERED that this action is dismissed with prejudice. The Court will retain jurisdiction to effectuate the settlement.

Dated:  February 27, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2-___ Stipulation to Dismiss Action with Prejudice